FILED'08 NOV 03 10:42USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PARTNEY CONSTRUCTION, INC.,

    Plaintiff,

v.

DUCKS UNLIMITED, INC., a District of
Columbia non-profit corporation,

    Defendant.

ORDER

Civil No. 08-574-SU

HAGGERTY, Chief Judge:

    Magistrate Judge Sullivan referred to this court a Findings and Recommendation [19] in this action. The Findings and Recommendation recommends that defendant's Motion to Change or Transfer Venue [4] be granted.

    The matter is now before this court pursuant to 28 U.S.C. § 636(b)(1)(B). *See also* Fed. R. Civ. P. 72(b). When no timely objection is filed, the court need only satisfy itself that there is

1    - ORDER

no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974).

This court has examined the pending motion and the underlying record. No clear error appears on the face of the record. The Findings and Recommendation is, therefore, adopted. Accordingly, defendant's Motion to Change or Transfer Venue [4] is GRANTED, as described in the Findings and Recommendation.

IT IS SO ORDERED.

DATED this 3 day of November, 2008.

                                                                   Ancer L. Haggerty
                                              United States District Judge

2    - ORDER